UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LARRY FORD, | ) | |
|                Plaintiff(s), | ) | Case No. 2:14-cv-00140-JAD-NJK |
| vs. | ) | ORDER |
| CENTRAL MORTGAGE COMPANY, et al., | ) | |
|                Defendant(s). | ) | |

      This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order. Docket No. 19. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days before the discovery cut-off. *See id.* at 4. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

//

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record in this matter[1] to file a certification with the Court no later than April 11, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

IT IS SO ORDERED.

DATED: April 4, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] This includes: Michael J. Harker and Kevin Hahn.

2