# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY FORD,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>CENTRAL MORTGAGE COMPANY, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:14-cv-0140-JAD-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 31) |

　　　　Pending before the Court is Plaintiff's attorney's motion to withdraw. Docket No. 31. Any response shall be filed no later than August 5, 2014. The Court hereby **SETS** a hearing on the motion for August 20, 2014, at 11:30 a.m. in Courtroom 3A. Plaintiff and Plaintiff's counsel shall attend the hearing. Any new counsel retained by Plaintiff shall also attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than July 31, 2014, Plaintiff's current counsel of record shall serve Plaintiff with this order that he appear and shall file a proof of service.

　　　　IT IS SO ORDERED.

　　　　DATED: July 29, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge