# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY FORD,<br><br>     Plaintiff(s),<br><br>vs.<br><br>CENTRAL MORTGAGE COMPANY, et al.,<br><br>     Defendant(s). | Case No. 2:14-cv-0140-JAD-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 31) |

Pending before the Court is Plaintiff's attorney's motion to withdraw. Docket No. 31. Any response shall be filed no later than August 29, 2014. The Court hereby **SETS** a hearing on the motion for September 3, 2014, at 11:00 a.m. in Courtroom 3D. Plaintiff and Plaintiff's counsel shall attend the hearing. Any new counsel retained by Plaintiff shall also attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than August 22, 2014, Plaintiff's current counsel of record shall serve Plaintiff with this order that he appear and shall file a proof of service. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.

IT IS SO ORDERED.

DATED: August 20, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge