# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Larry Ford,

    Plaintiff

v.

Central Mortgage Co.,

    Defendant

Case No.: 2:14-cv-00140-JAD-NJK

**Order Granting Plaintiff's Motion to Dismiss [Doc. 42] and Denying Defendant's Motion to Dismiss [Doc. 6] as Moot**

    Pro-se plaintiff Larry Ford states that he "do[es] not want to proceed with any thing against [defendant] Central Mortgage Company."[1] I construe Ford's statement as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2).[2] As Ford notes his in statement, his attorney has withdrawn from the case.[3] His former counsel also represented to Magistrate Judge Nancy Koppe at the September 3, 2014, hearing that he was unsure the plaintiff wished to proceed.[4]

    Good cause appearing, the plaintiff's motion to dismiss **[Doc. 42]** is **GRANTED**, and Central Mortgage's pending motion to dismiss **[Doc. 6]** is **DENIED** as moot.

    The clerk of court is instructed to **CLOSE** this case.

    DATED September 11, 2014.

                                                          _____
                                                          Jennifer A. Dorsey
                                                          United States District Judge

---

[1] Doc. 42 at 1.

[2] Doc. 42. The Court also liberally construes all pro-se motions and pleadings. *See Bernhardt v. L.A. Cnty.*, 339 F.3d 920, 925 (9th Cir. 2003).

[3] *Id.*; *see also* Doc. 39.

[4] *See id.*; *see also* Doc. 40 at 1.